**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JASON W. SMITH,

Plaintiff

v.

ELI KERR, et al.,

Defendants

Case No.: 3:26-cv-00675-ART-CSD

**Order Granting Motion for Pro Se Litigant to File Electronically**

Re: ECF No. 4

With good cause appearing, Plaintiff's motion for permission to file electronically (ECF No. 4) is **GRANTED**. In order for Plaintiff to file documents electronically, Plaintiff is required to register and maintain a CM/ECF account, which can be found on the court's website, www.nvd.uscourts.gov, under Self Held/E-Filing Permission link. Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiff is instructed that this Order granting permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED**.

Dated: September 10, 2026



Craig S. Denney
United States Magistrate Judge